# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MELVIN BROWN

NO. 2024 KW 0127

**APRIL 19, 2024**

---

In Re:     Melvin Brown, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           541579.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

   **WRIT DENIED.**

               **MRT**
               **AHP**
               **HG**

COURT OF APPEAL, FIRST CIRCUIT

*[signature]*

DEPUTY CLERK OF COURT
     FOR THE COURT